DUANE MORRIS LLP
Michael Chartan (MC 4609)
Brian J. Markowitz (BM 9640)
1540 Broadway
New York, New York 10036
(212) 692-1016
Attorneys for Plaintiff

RECEIVED APR 24 2009 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LOCKHEED MARTIN TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF LOCKHEED
MARTIN CORPORATION,

Civil Action No.: _____

Plaintiff,

**RULE 7.1 DISCLOSURE STATEMENT**

-against-

MTA CAPITAL CONSTRUCTION COMPANY and
METROPOLITAN TRANSPORTATION AUTHORITY,

Defendants.

------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Lockheed Martin Transportation Security Solutions, An Operating Unit Of Lockheed Martin Corporation, certifies that Plaintiff is an operating unit of Lockheed Martin Corporation, a publicly traded corporation, that Lockheed Martin Corporation does not have any corporate parents and that State Street Bank and Trust Company owns more than ten percent of the common stock of Lockheed Martin Corporation.

DM1\1695695.1

Dated: New York, New York
April 23, 2009

**DUANE MORRIS LLP**

By: *Michael Chartan*
Michael Chartan (MC 4609)
Brian J. Markowitz (BM 9640)
1540 Broadway
New York, NY 10036
(212) 692-1016
Attorneys for Plaintiff