```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,

        Plaintiff,

- against -

MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,

        Defendants.

09 Civ. 4077 (PGG)

**ORDER**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

        Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,

        Defendants.

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the above-captioned actions shall be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

Dated:     New York, New York
           July 28, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge