UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY CO. OF AMERICA, FEDERAL INSURANCE CO., and SAFECO INSURANCE CO. OF AMERICA,<br><br>          *Plaintiffs,*<br><br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION CO., NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORP.,<br><br>          *Defendants.* | No. 09 Civ. 6033 (PGG)<br>(consolidated with 09 Civ. 4077)<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE WITHOUT PREJUDICE AS TO DEFENDANT LOCKHEED MARTIN CORP.** |

    **IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that the Second through Fifth Claims for Relief in the Complaint in this action, which are asserted solely against Defendant Lockheed Martin Corporation, be, and the the same hereby are, ***dismissed without prejudice*** and without costs. This dismissal shall not be counted for purposes of the "two dismissal rule" of Fed. R. Civ. P. 41(a)(1).

Dated:  New York, New York
      April 27, 2010

CAHILL GORDON & REINDEL LLP        WOLFF & SAMSON PC

By: _____      By: _____
   Edward P. Krugman             Armen Shahinian
80 Pine Street                140 Broadway
New York, New York 10005-1772       New York, New York 10005
(212) 701-3000              (212) 973-0572

*Special Surety Counsel for Defendant*      *Attorneys for Plaintiffs*
 *Lockheed Martin Corp.*

SO ORDERED:

_____ April 29, 2010
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10
```