UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCKHEED MARTIN TRANSPORTATION :
SECURITY SOLUTIONS,
          Plaintiff, : ORDER

    -v.- :
                                       09 Civ. 4077 (PGG) (GWG)

MTA CAPITAL CONSTRUCTION COMPANY, :

          Defendant. :
------------------------------------------------------------X

This document also applies to: 09 Civ. 6033

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Oral argument on the motion to compel and related cross-motion will be held on Thursday, Feburary 2, 2012, at 4:00 p.m. in Courtroom 17-A, 500 Pearl Street, New York, New York.

      SO ORDERED.

      Dated: New York, New York
             January 9, 2012

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge