```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LOCKHEED MARTIN TRANSPORTATION        :
SECURITY SOLUTIONS,
                         Plaintiff,   :    ORDER

        -v.-                          :
                                           09 Civ. 4077 (PGG) (GWG)
MTA CAPITAL CONSTRUCTION COMPANY,     :

                         Defendant.   :
---------------------------------------------------------------X
```

This document also applies to: 09 Civ. 6033

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The motion to compel (Docket # 45 in 09 Civ. 6033) and the cross-motion for a protective order (Docket # 81 in 09 Civ. 4077 and Docket # 48 in 09 Civ. 6033) are each granted in part and denied in part for the reasons stated today on the record.

SO ORDERED.

Dated:  New York, New York
        February 2, 2012

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12