# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mchartan@duanemorris.com

www.duanemorris.com

February 10, 2012



**VIA FACSIMILE (212) 805-4268**

Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Lockheed Martin Corp. (Lockheed Martin") v. MTA Capital Constr. Co.
and Metropolitan Transp. Auth. ("MTA") 09 Civ. 04077 (PGG) (GWG)
Travelers Cas. and Sur. Co. of America et al. (the "Sureties") v.
Metropolitan Transp. Auth. et al., 09-CV-6033 (PGG) (GWG)
Our File No.: Y3572/00002

Dear Judge Gorenstein:

    Our firm represents Plaintiff Lockheed Martin Corporation in the above referenced litigation. On February 2, 2012, the parties agreed to a briefing schedule for the dispute between Lockheed Martin and the Defendants concerning Defendants' Rule 30 (b)(6) Notice. The parties have conferred and request that the schedule be modified to provide for Lockheed Martin to deliver its response on Tuesday, February 14, 2012 instead of February 10, 2012 and for Defendants to deliver their reply on Wednesday, February 22, 2012 instead of Wednesday, February 15, 2012. This is the first request to modify the briefing schedule and is made necessary by my being away from the office for most of this week for medical reasons.

    Thank you for continued courtesy and assistance in this matter.

Respectfully submitted,

*Michael Chartan*   Granted.

Michael Chartan

SO ORDERED: DATE: 2/10/12
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

MC:ro
cc:    Ira J. Lipton, Esq. (*via e-mail*)
        Adam P. Friedman, Esq. (*via e-mail*)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086           PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\3115045.1