UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/13
```

| | |
|---|---|
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION, <br><br>                    Plaintiff, <br><br>   - against - <br><br> MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY, <br><br>                    Defendants. | **ORDER** <br><br> 09 Civ. 4077 (PGG) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA, <br><br>                    Plaintiffs, <br><br>   - against - <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION, <br><br>                    Defendants. | 09 Civ. 6033 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Court will conduct a status conference in this matter on **April 19, 2013 at 10:00 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York. Seven business days before the conference, the parties must submit a joint letter providing a status update concerning the case and pre-motion letters addressing the contemplated motion for summary judgment.

Dated:  New York, New York
         April 3, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge