DUANE MORRIS LLP
Nicole Woolard (NW 1010)
1540 Broadway
New York, NY 10036-4086
(212) 471-1889
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LOCKHEED MARTIN TRANSPORTATION SECURITY
SOLUTIONS,  AN OPERATING UNIT OF LOCKHEED
MARTIN CORPORATION,                                                          No. 09 cv 4077 (PGG)(GWG)

                                        Plaintiff,

                    -against-

MTA  CAPITAL  CONSTRUCTION  COMPANY  and
METROPOLITAN  TRANSPORTATION AUTHORITY,

                                        Defendants.
------------------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, FEDERAL INSURANCE COMPANY,              No. 09 cv 6033 (PGG)(GWG)
and SAFECO INSURANCE COMPANY OF AMERICA,

                                        Plaintiff,

                    -against-                                                **NOTICE OF APPEARANCE**

METROPOLITAN  TRANSPORTATION  AUTHORITY,
MTA  CAPITAL  CONSTRUCTION  COMPANY,  and
NEW YORK CITY TRANSIT AUTHORITY,

                                        Defendants.
------------------------------------------------------------------------x

          NICOLE WOOLARD hereby enters her appearance as counsel for Plaintiff Lockheed

Martin Transportation Security Solutions, an operating unit of Lockheed Martin Corporation.

Dated:  New York, New York                    **DUANE MORRIS LLP**
           April 19, 2013                     Attorneys   for   Plaintiff   Lockheed   Martin
                                              Transportation Security Solutions, an Operating
                                              Unit of Lockheed Martin Corporation

                                              By:  _____/s/ Nicole Woolard_____
                                                      Nicole Woolard (NW 1010)
                                                      1540 Broadway
                                                      New York, NY 10036-4086
                                                      (212) 471-1889

DM1\3820448.1