USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,

        Plaintiff,

- against -

MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,

        Defendants.

**ORDER**

09 Civ. 4077 (PGG)

---

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

        Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,

        Defendants.

09 Civ. 6033 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Court adopts the following Scheduling Order:

1. With respect to the parties' motions for summary judgment:

   a. Moving papers will be submitted by **July 8, 2013**

   b. Opposition papers will be submitted by **August 23, 2013**

   c. Reply papers will be submitted by **September 12, 2013**

2. Within sixty days of this Court's summary judgment decision, the parties will file a joint pre-trial order.

3. By **September 30, 2013**, the parties will inform the Court of any proposed Daubert motions.

4.     Trial will begin on **April 14, 2014** at **9:00 a.m.** Motions in limine are due on **February 17, 2014**, with oppositions due on **March 10, 2014**.

Dated:     New York, New York
           May 10, 2013

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge