UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                    Defendants. | No. 09 CV 4077 (PGG)(GWG) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,<br><br>                    Defendants. | No. 09 CV 6033 (PGG)(GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned appears as counsel of record for defendants MTA Capital Construction Company, Metropolitan Transportation Authority and New York City Transit Authority.

Dated: May 14, 2013
New York, New York

                    HOGUET NEWMAN REGAL & KENNEY, LLP

            By: _____s/Susan A. Shaw_____
                  Susan A. Shaw
                  10 East 40th Street
                  New York, New York 10016
                  (212) 689-8808

                  *Attorneys for Defendants*