UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,<br><br>    Plaintiff,<br><br>    -against-<br><br>MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>    Defendants. | No. 09 CV 4077 (PGG)(GWG) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiffs,<br><br>    -against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,<br><br>    Defendants. | No. 09 CV 6033 (PGG)(GWG)<br><br>**NOTICE OF**<br>**APPEARANCE** |

  To the Clerk of the Court and all parties of record:

  PLEASE TAKE NOTICE that the undersigned appears as counsel of record for defendants MTA Capital Construction Company, Metropolitan Transportation Authority and New York City Transit Authority.

Dated: May 15, 2013
New York, New York

                      HOGUET NEWMAN REGAL & KENNEY, LLP

                      By:  s/Jared R. Jenkins
                            Jared R. Jenkins
                            10 East 40th Street
                            New York, New York 10016
                            (212) 689-8808

                            *Attorneys for Defendants*