

# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mlchartan@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/13

July 1, 2013

**VIA FACSIMILE (212) 805-7986**

Judge Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square, Chambers 2204
Courtroom 705
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 3, 2013

Re: Lockheed Martin Corporation, et al. v. MTA, et al.
    Civil Action No.: 09 Civ. 04077 (PGG)

Dear Judge Gardephe:

Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in this litigation. Last week counsel for all parties spoke with Your Honor's Law Clerk Michael Gramer about a number of topics related to the summary judgment motions the parties intend to file. The current Scheduling Order, dated May 13, 2013, provides for the initial motions to be served on July 8, 2013. Counsel for all parties jointly request that the initial service of papers be extended by one week to July 15, 2013. This is the first request made by the parties to change the initial service date. The parties are not asking to change any other dates in the May 13th Scheduling Order.

DuaneMorris

Honorable Paul G. Gardephe
July 1, 2013
Page 2

    Counsel for MTA and Lockheed Martin also request that we be authorized to file moving briefs fifty (50) pages in length.

    Thank you for considering this joint application. We also thank Mr. Gramer for his assistance.

Respectfully submitted,

*Michael Chartan*

Michael Chartan (MC 4609)

cc: Ira J. Lipton, Esq., Hoguet, Newman Regal and Kenney, LLP, for MTA (via email)
    Adam Friedman, Esq., Wolff & Samson P.C., for the Sureties (via email)