# PARKER IBRAHIM & BERG
ATTORNEYS AT LAW

270 Davidson Avenue
Somerset, NJ 08873

5 Penn Plaza
Suite 2371
New York, NY 10001
www.piblaw.com

Writer's Direct Contact:
908.333.6199 (Tel.)
908.333.6230 (Fax)
brian.markowitz@piblaw.com

August 1, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/13

**VIA FACSIMILE (212) 805-7986**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **Lockheed Martin Transportation Security Solutions, an Operating unit of Lockheed Martin Corporation v. MTA Capital Construction Company, et al.**
Case No. 09-cv-4077-PGG-GWG

**Travelers Casualty and Surety Company of America, et al. v. Metropolitan Transportation Authority, et al.**
Case No. 09-cv-6033-PGG-GWG

Dear Judge Gardephe:

    The law firm of Duane Morris LLP represents Lockheed Martin Transportation Security Solutions, an Operating unit of Lockheed Martin Corporation ("Lockheed Martin"), a party in the referenced matters. I was one of the attorneys who appeared on behalf of Lockheed Martin as an attorney employed by Duane Morris LLP. I am no longer associated with Duane Morris and, in accordance with Local Civil Rule 1.4, I respectfully request entry of an Order granting me leave to withdraw as attorney of record in the above two referenced actions and directing the Clerk to remove me from the Electronic Case Filing service list. The attorneys of Duane Morris LLP will continue to be attorneys of record for Lockheed Martin.

{00089145.DOCX }

Should Your Honor have any questions or require additional information, please do not hesitate to have a member of your Chambers contact me at your convenience.

Respectfully submitted,

Brian J. Markowitz (BM-9640)

So Ordered: _Paul G. Gardephe_
U.S.D.J.

Aug. 2, 2013

cc: Magistrate Judge Gorenstein (via facsimile (212) 805-4268)
See attached service list (via e-mail)

{00089145.DOCX }