# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mlchartan@duanemorris.com

www.duanemorris.com

September 30, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/13
```

**VIA FACSIMILE (212) 805-7986**

Judge Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square, Chambers 2204
Courtroom 705
New York, NY 10007

Re: **Lockheed Martin Corporation, et al. v. MTA, et al.**
    **Civil Action No.: 09 Civ. 04077 (PGG)**

Dear Judge Gardephe:

Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in this litigation. This joint letter is respectfully submitted by counsel for all parties to request a brief extension of time to inform the Court of any proposed Daubert motions. The current Scheduling Order, dated May 13, 2013, provides for the parties to inform the Court of Daubert motions by September 30, 2013, eighteen (18) days after the original date to submit reply papers, which date has been extended to October 9, 2013 as so ordered by the Court. Counsel for all parties jointly request that the date to inform the Court of any proposed Daubert motions be extended to October 28, 2013. This is the first request made by the parties to change this date.

Thank you for considering this joint application.

Respectfully submitted,

*Michael Chartan*

Michael Chartan (MC 4609)

cc: Ira J. Lipton, Esq., Hoguet, Newman Regal and Kenney, LLP, for MTA (via email)
    Adam Friedman, Esq., Wolff & Samson P.C., for the Sureties (via email)

DUANE MORRIS LLP
1540 BROADWAY  NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000  FAX: +1 212 692 1020

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Oct. 2, 2013