# WOLFF • SAMSON

**ADAM P. FRIEDMAN**
Member of the Firm
One Boland Drive
West Orange, NJ 07052
(973) 530-2029
Fax: (973) 530-2229
afriedman@wolffsamson.com
*Member NJ and NY Bars*

October 7, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/13
```

### *Via ECF and Telecopy*

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Lockheed Martin Corporation, et al. v. MTA, et al.*
Docket No.: 09 Civ. 4077 (PGG)

Dear Judge Gardephe:

We represent Travelers Casualty & Surety Company of America, Federal Insurance Company, and Safeco Insurance Company of America (collectively, "the Sureties") in this action.

The Sureties request, most respectfully, that Your Honor permit us a two-page expansion of your page limit for reply briefs in connection with the Sureties' motion for partial summary judgment. Due to the complexity of the facts and issues presented by the motion and the MTA's response thereto, we are seeking, most respectfully, permission to file a 12-page reply brief.

Thank you for your continued consideration.

Respectfully,

Adam P. Friedman

cc: Ira J. Lipton, Esq.
Michael L. Chartan, Esq.
(via e-mail)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Oct. 8, 2013

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 • (973) 325-1500 • Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 • (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 • (609) 396-6645

www.wolffsamson.com