

10 East 40th Street
New York, New York 10016

Tel   212.689.8808
Fax   212.689.5101
www.hnrklaw.com

October 8, 2013

**By Fax**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan
             Transp. Auth., 09-CV-4077 (PGG) (GWG)

Dear Judge Gardephe:

In our previous letter, we inadvertently included the incorrect date for parties to electronically file papers. The date jointly agreed upon is Tuesday, October 15, 2013, not October 22, 2013.

Accordingly, we attach a revised copy of the letter requesting permission to extend the date to electronically file our paper to October 15, 2013.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

Ira J. Lipton

cc:    Michael Chartan, Esq. (by email)
       Adam Friedman, Esq. (by email)

Enclosure

**HOGUET NEWMAN REGAL & KENNEY,**LLP

10 East 40th Street
New York, New York 10016

Tel   212.689.8808
Fax   212.689.5101
www.hnrklaw.com

October 8, 2013

**By Fax**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan
> Transp. Auth., 09-CV-4077 (PGG) (GWG)

Dear Judge Gardephe:

We represent Defendants Metropolitan Transportation Authority and the MTA Capital Construction Company (collectively "MTA") in the above-referenced matter. Tomorrow, October 9, 2013, is the date for the service of the parties' reply papers in connection their respective motions for partial summary judgment, and for the electronic filing of the entirety of the motion papers. Both parties have previously delivered to Chambers courtesy copies of their respective motion and opposition papers, and the supporting exhibits. To accommodate a concern with certain supporting materials that MTA believes should be filed under seal (or in redacted form), we respectfully ask the Court if we may exchange the reply papers tomorrow as scheduled. We propose to postpone the electronic filing of all papers. This will allow additional time for us to present to Lockheed's counsel for review the items we propose for sealing, with an eye toward gaining as much agreement as possible, and to allow some additional time to make the physical redactions on the material we will be submitting under seal. We will still deliver courtesy copies of the reply papers to the Court tomorrow.

We propose to electronically file the papers with redactions on Tuesday, October 15, 2013, with a simultaneous delivery to Your Honor of the required letter and supporting declaration seeking permission for the sealing of the material at issue and setting forth our justifications for the relief sought. I have conferred with counsel for plaintiffs Lockheed Martin, Michael Chartan, and Brian Kantar, counsel for the Sureties, and they have both agreed to this request.

Honorable Paul G. Gardephe
October 8, 2013
Page 2



Thank you for your consideration and attention to this matter.

Respectfully submitted,

Ira J. Lipton

cc:     Michael Chartan, Esq. (by email)
        Adam Friedman, Esq. (by email)