**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MUSCAT, OMAN
*A GCC REPRESENTATIVE
OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mlchartan@duanemorris.com

www.duanemorris.com

October 11, 2013

BY FAX (212) 805-0224

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Lockheed Martin Corporation, et al. v. MTA, et al.
     Civil Action No.: 09 Civ. 04077 (PGG)

Dear Judge Gardephe:

We represent Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in the above-referenced matter. As per the October 8, 2013 letter application from counsel for Defendants MTA Capital Construction Company and Metropolitan Transportation Authority (collectively "MTA"), granted by this Court, the parties will electronically bundle file the motions for partial for summary judgment on Tuesday October 15, 2013.

Due to file size and formatting, three (3) exhibits (Exs. "LM138," "LM139," and "LM152"), submitted in support of Lockheed Martin's motion for partial summary judgment and opposition to MTA's motion for partial summary judgment, cannot be reasonably scanned or printed. Therefore, pursuant to the Southern District of New York Electronic Case Filing Rules & Instructions § 5 (Revised August 1, 2013), we request that only these exhibits be served and filed by delivering to the Court and all counsel a separate disc containing the exhibits, and indicating such non-electronic filing on placeholder page inserts in the electronically filed set of exhibits. Such exhibits have also been included on the disc provided to the Court on September 13, 2013 with the courtesy copies of Lockheed Martin's moving and opposition papers.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                      PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\4249293.1

DuaneMorris

Judge Paul G. Gardephe
October 11, 2013
Page 2

      Thank you for your attention to this matter.

                            Respectfully submitted,

                            Michael Chartan (MC 4609)

MC/NW/rcv

cc:   Via email
       Ira J. Lipton, Esq. (Hoguet, Newman Regal and Kenney, LLP, for MTA)
       Adam Friedman, Esq. (Wolff & Samson P.C., for the Sureties)