# Exhibit LM12

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-S-1 | 13 Under River Tunnel | Separate Contract/13 URT | 07/12/05 | Completed and NTP | 12/15/05 | 01/18/06 | n/a | NYCT | $ 60,827,000 | AWO complete 3/1/06. NTP 4/3/06. |
| 1-S-2 | Design and construction of integrated MTA Central C3 in Long Island City and Verrazano Narrows Bridge | Separate Contract/LIC | 04/05/06 | Completed and NTP | 12/15/05 | 01/18/06 | n/a | All | $ 20,000,000 | AWO complete 3/1/06. NTP 4/3/06. |
| 2 | NOT USED | | | | | | n/a | | | |
| 3 | East River Tunnel Use of Amtrak Network Duct Bank Credit | IESS/ERT | 04/19/06 | Unilateral Directive | 05/19/06 | 10/05/06 | MTACC/LM | LIRR, Amtrak | $ (12,638,785) | MTACC and LM agreed to 3rd Party review. Several meetings were held with MTACC, LM and the 3rd Party Arbitrators. A Unilateral Extra Work Directive was issued on 1/16/09. |
| 4 | Additional camera @ passenger area (PID cameras) | IESS/Agency Request | 09/05/05 | Completed and NTP | 04/10/06 | 10/11/06 | n/a | NYCT | $ 7,875,000 | AWO Completed 12/20/06. NTP issued. |
| 5 | Design furnishing and installation of police radio antenna (radiating) cable within the east river tunnel (leaky coax cable) | Separate Project/Agency Request | 01/06/06 | Work Stopped | 01/06/06 | 03/09/06 | n/a | LIRR, Amtrak | $ 4,900,000 | Paperwork required from LM for design payment. AWO #57 will handle credit. |
| 6 | Relocate Para transit communication equipment (data jack) from room 122 to room 139 at 130 Livingston | IESS | 10/25/05 | Completed and NTP | 06/01/06 | 07/11/06 | n/a | NYCT | $ 124,000 | AWO complete 9/7/06. NTP 11/8/06. |
| 7 | Deleted: Credit for deletion of 48 third rail side card readers in LIRR east river tunnel | | - | Cancelled | | | n/a | | | AWO Deleted |
| 8 | Design furnishing and installing 8 cameras at Verrazano Narrows Bridge underside of roadway | IESS | 04/10/06 | Completed and NTP | 05/02/06 | 10/12/06 | n/a | B&T | $ 1,161,500 | AWO complete 11/28/06. NTP 2/28/07. |
| 9 | Less Than Lethal Installation/Deletion of horns and strobes | IESS | 07/13/06 | Completed and NTP | 07/13/06 | 09/27/06 | n/a | MTA CC | $ (2,265,632) | LM submitted new proposal on April 27, 2007. AWO complete 6/28/07. NTP 9/10/07. |
| 10 | Revise layout at RIPC | IESS | 04/18/06 | Completed and NTP | 08/07/06 | 04/24/07 | n/a | B&T | $ 248,000 | AWO complete 4/26/07. NTP 6/25/07 |
| 11 | Reroute conduits at VNB to the new locations | IESS | 05/06/06 | Completed and NTP | 05/06/06 | 08/30/06 | n/a | B&T | $ 153,568 | AWO complete 8/11/06. NTP 9/27/06. |
| 12 | Relocate racks from (1) MR 163 to new location and (2) from MR 317 to MR 488; Reroute conduits from MR 11 to MR 467; Build out a Communications Room at Penn Station, 63rd St. & Lexington and GCT. New direction divided scope into 3 parts: 1) 12a - NYCT facilities construction, 2) 12b - The remainder of NYCT Base Contract Comm Rms resolution, NTP by 8/1/07., | IESS | 05/12/06 | Completed and NTP | 05/25/06 | Revised 1/4/08 | MTACC/LM | NYCT | See AWO 88 for settlement | AWO broken into 3 parts. Scope meeting 9/12/07 - LM and their subs to provide more detail and backup. AWO cancelled 12/11/07. LM to be paid for design. Work to be performed by NYCT. LM submitted revised proposal 1/4/08. |
| 13 | Substitute Specified Infra Red Light w. Extreme CCTV Model UF 100 Series | IESS | 01/09/06 | Completed and NTP | 01/17/06 | 08/31/06 | n/a | NYCT | $ 277,018 | AWO complete 9/7/06. NTP 11/3/06. |
| 14 | ERT Fiber Connectivity and rewiring for Emergency Phones (CSS) ERT (12 strand fiber on one side of tunnel & 6 strand on the other) & fiber for SCADA panel. Work not to be done by LM. Scope to reflect only design work done up until stop work order. | Agency Request | 05/12/06 | Review | 09/29/06 | 02/07/06 | MTACC | LIRR, Amtrak | | LM submitted a proposal for the design costs on 2/7/07. MTA-CC to access cost to date and provide in-house estimate for work prior to stop work order. |
| 15 | Deleted: 144 Fiber from GCT to Mott Haven | Agency Request | - | Cancelled | 05/12/06 | 07/20/06 | n/a | | | AWO deleted, price too high |
| 16 | Central C3 Antenna - 23ft vs. 60 ft design | LIC | 06/19/06 | Completed and NTP | 06/22/06 | 09/15/06 | n/a | MTAPD | $ 230,000 | AWO complete 11/15/06. NTP 2/5/07. |
| 17 | B&T Reductions | IESS | 06/23/06 | Review | 06/08/06 | 07/03/07 | MTACC/LM | B&T | | LM submitted new estimate 7/3/07. In-house estimate revised 7/07. Negotiated acquisition cost 9/24/07. LM to provide additional information |

DEPOSITION EXHIBIT
Pirraglia 1
8-5-10

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | B&T Additions | IESS | 07/06/03 | Cancelled | 07/06/06 | ROM 1/10/07 | n/a | B&T | | Cancelled |
| 19 | MNR Changes - Demark at Refrigeration Plant, Revise MTA-PD Demark at 345 | IESS | 06/13/06 | Completed and NTP | 08/14/06 | 10/17/06 | n/a | MNR | $ 400,000 | AWO complete 11/15/06. NTP 12/21/06. |
| 20 | Central C3 Dual Fuel - Refund $80,000 from Value Engineering | LIC | 06/19/06 | Completed and NTP | 07/10/06 | 09/08/06 | n/a | MTACC | $ 97,052 | AWO complete 11/2/06. NTP 11/2/06. |
| 21 | Install 12" Block - Refund $50,000 from Value Engineering | LIC | | Completed and NTP | 08/07/06 | 10/02/06 | n/a | MTACC | $ 56,000 | AWO Complete 10/2/06. NTP 12/21/06. |
| 22 | 30 to 90 Day Voice Recorder Retention | IESS | 06/30/06 | Completed and NTP | 06/30/06 | 07/17/06 | n/a | MTAPD | $ 19,572 | LM has notified MTACC that they are revising their proposal. LM revised proposal submitted 10/4/07. Negotiation held 10/18/07 and 10/25/07 with no agreement on design hours. Issued as Unilateral Direction to LM on 3/27/08. |
| 23 | Deleted - add to AWO # 14, ERT Additional 12 strand fiber & fiber for SCADA panel | MISC | 08/04/06 | Cancelled | 08/04/06 | | n/a | | | |
| 24 | Facility work (block work, power, lighting, venting etc) for Comm. Room at 63rd St Lower Level Tunnel Roosevelt Island | IESS | 01/17/07 | Completed and NTP | 01/17/07 | 05/31/07 | n/a | LIRR/MTACC | $ 293,000 | AWO Complete 8/13/07. NTP 10/4/07. |
| 25 | 130 Livingston C3 layout changes | IESS/Agency Request | 08/04/06 | Completed and NTP | 8/4/06 Revised 4/6/07 Revised 1/4/08 | 11/22/06 | MTACC/ LM | NYCT, MTA CC | See AWO 88 for settlement | Negotiations to be held based on Option 1. Negotiations held 8/29/07. LM to submit revised subcontractor proposal and more detailed backup. Contractor and in-house estimates are for the Base Work and Option 1. BOM settled on 12/20/07. LM submitted revised proposal 1/4/08. Subcontractor and BOM cost agreed to. |
| 26 | Relocate Remote C3 Console for NYCT Transit Bureau | IESS | 09/12/06 | Completed and NTP | 09/12/06 | 10/10/06 | n/a | NYCT | 0 | AWO completed. Final paperwork in progress. |
| 27 | Convert RCC Remote Console to a Full Local C3 console including voice | IESS/Agency Request | 09/12/06 | On Hold | 09/12/06 | ROM 12/1/06 | MTACC | NYCT | | On Hold. Funding by NYCT is required. |
| 28 | C2 or Video Wall for SVPs of Buses & Subways | IESS/Agency Request | 09/12/06 | On Hold | 09/12/06 | ROM 12/1/06 | MTACC | NYCT | | On hold pending NYCT funding. |
| 29 | Connectivity at NYCT RCC Situation Room - Replace 4 monitors with one LCD screen capable of performing the same as the 4 monitors. | IESS/Agency Request | 06/08/07 | Completed and NTP | 07/12/07 | Review | n/a | NYCT | $71,500 | Scope revised to replace 4 screens with one LCD screen. AWO complete 8/2/07. NTP 8/2/07. |
| 30 | Relocate backup servers from Central C3 to Refrigeration Plant | IESS | 08/02/06 | Completed and NTP | 08/02/06 | 04/11/07 | n/a | MNR | $ 63,000 | Negotiation held 5/3/07 w/LMTSS. Amount was not agreed upon. Negotiations held 8/13/07. AWO complete 8/13/07. NTP 8/13/07 |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Deleted - Network Connection to SIRTOA using Verizon | IESS | 08/07/06 | Cancelled | 08/07/06 | 01/23/07 | n/a | NYCT, MTACC | | AWO Cancelled 8/2/07 |
| 32 | Provide iris scanner, Bio Metrics at the 130 Livingston Plaza Regional C3 Center | Agency Request | 08/07/06 | On Hold | 08/07/06 | 01/12/07 | NYCT | NYCT | | AWO on hold. |
| 33 | Deleted - Provide Voiceprint Voice recorders in lieu of Nice at MTAPD facilities | | | Cancelled | | | n/a | MTAPD | | AWO Deleted |
| 34 | Relocation of MNR Refrig Plant Comm. Room | IESS | 08/17/06 | Completed and NTP | 08/17/06 | 04/09/07 | n/a | MNR | $ 396,508 | AWO complete 4/20/07. NTP 4/20/07. |
| 35 | Provide ducts & property line boxes at Central C3 for DWDM Fiber & Verizon | LIC | | Completed and NTP | 10/27/06 | 12/11/06 | n/a | MTACC | $ 73,000 | AWO complete 12/12/06. NTP 12/12/06. |
| 36 | URT deletion & additional devices (RFIs 150, 151, 152, 160 & 163) | 13 URT | 07/07/06 | Completed and NTP | 11/13/06 | 1/12/2007 Revised 10/29/07. Revised 1/4/08. | MTACC/ LM | NYCT | See AWO 88 for settlement | Proposal sent to Audit. Negotiations pending audit review. Negotiations held 8/29/07. Negotiations held 9/24/07 - LM to provide more info and detail. MTACC letter issued 9/28/07 to LM to refresh BOM. Revised LM proposal received 10/29/07. LM submitted revised proposal on 1/4/08. Subcontractor cost agree to. BOM incl. in AWO 62/75. |
| 37 | DELETED-Penn Station Platform Intrusion Revisions | IESS | 08/17/06 | Cancelled | 11/13/06 | ROM 1/12/2007 | n/a | LIRR/AMTRAK | | Per 9/22/06 meeting LM to provide sufficient detail of their concept for MTA-CC to estimate and for MTA-CC to issue scope letter. LM provided white paper showing design, TIM held 11/13/06. MTA-CC to issued request for ROMs to LM for two options. ROM received 1/12/07. Scope clarification meeting held on 01/19/07. AWO cancelled. MTA CC, in a letter dated 3/15/07 to LM, issued its decision not to pursue with the AWO. |
| 38 | Penn Station Asbestos | IESS | 10/24/2006 | Completed and NTP | 10/24/06 | 11/22/06 | n/a | Amtrak | $ 44,000 | ROM price received 11/17/06. AWO Completed & Negotiated 11/28/06. |
| 39 | LIC C3 Soil Disposal | LIC | 09/26/06 | Completed and NTP | 09/29/06 | 04/19/07 | n/a | MTAPD | $ 80,000 | AWO complete 5/14/07. NTP 5/14/07. |
| 40 | Deletion of FM200 in the LIC C3 Theater | LIC | 12/06/07 | Completed and NTP | 10/23/06 | 04/13/07 | n/a | MTAPD | $ (41,000) | AWO Complete 7/13/07. NTP 7/13/07. |
| 41 | LIC C3 - Entrance Gate | LIC | 12/06/06 | Completed and NTP | 12/06/06 | 04/05/07 | n/a | MTAPD/MTACC | $ 99,718 | AWO complete 7/19/07. NTP 7/20/07. |
| 42 | RMS Legacy System Migration | IESS | 12/22/06 | Completed and NTP | 12/22/06 | 03/27/07 | n/a | MTAPD | $ 126,400 | Negotiated 7/20/07. Scope revised to RMS Business Practice Review only. Follow up AWO will include remaining work for RMS Migration. |
| 43 | NYCT Tunneling | IESS | 01/12/07 | Completed and NTP | 01/12/07 | 3/9/2007 1/4/08R | MTACC/ LM | MTACC | See AWO 88,89, 62/75 for description of settlement costs. | Technical interchange meeting with NYCT, MTACC and LM. Negotiations pending Audit review. Scope review meetings held 10/4/07 and 10/10/07. LM proposal is for design only and is incomplete. Waiting for new proposal from LM with implementation. LM submitted revised proposal for design only on 1/4/08. Implementation cost submitted 2/26/08 combined with AWO 69 |
| 44 | NOT USED | | | | | | | | | |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Stainless Steel Channel - MNR | IESS | 12/19/06 | Completed and NTP | 12/19/06 | 02/12/07 | n/a | MNR | $ 50,000 | AWO complete 3/23/07. NTP 3/23/07 |
| 46 | Service Building Floor Slab - CANCELLED | IESS | 01/25/07 | Cancelled | 01/25/07 | 03/02/07 | n/a | MTA | $ 135,000 | AWO complete 3/23/07. NTP 6/14/07. AWO Cancelled. |
| 47 | PSNY additional devices | IESS | 10/25/06 | Completed and NTP | 10/25/06 | 07/11/07 | n/a | MTAPD | $ 390,370 | AWO complete 7/13/07. Awaiting NTP. |
| 48 | 345 Madison Extra Consoles | IESS | 02/21/07 | Completed and NTP | 02/21/07 | 04/23/07 | n/a | B&T | $ (260,000) | AWO complete 7/12/07. |
| 49 | Deletion of B & T ATM Switch at 2 Broadway | IESS | 12/28/06 | Completed and NTP | 03/05/07 | 05/04/07 | n/a | B&T | $39,565 | AWO complete 8/2/07. NTP 8/2/07. |
| 50 | VNB Basement | IESS | 10/11/06 | Completed and NTP | 01/31/07 | 02/28/07 | n/a | B&T | $ 32,500 | AWO complete 5/17/07. NTP 5/17/07. |
| 51 | Yard "C" Communication Room | IESS | 01/10/07 | Completed and NTP | 01/10/07 | 03/01/07 | n/a | LIRR/AMTRAK | $ 12,000 | AWO complete 5/17/07. NTP 5/17/07. |
| 52 | MNR Facility Changes | IESS | 01/08/07 | Completed and NTP | 01/08/07 | 03/23/07 | n/a | MTA CC | $ 87,500 | AWO complete 5/10/07. NTP 5/10/07. |
| 53 | Relocate the System Administration Consoles | IESS | 01/19/07 | Completed and NTP | 01/19/07 | 03/01/07 | n/a | MTA CC | $ 19,500 | AWO complete 3/30/07. NTP 3/30/07. |
| 54 | Polevator for Cameras @VNB | IESS | 03/30/07 | Completed and NTP | 03/30/07 | 04/11/07 | n/a | MTA CC | $ 23,808 | AWO complete 4/12/07. NTP 4/12/07. |
| 55 | LIRR Network Design Changes | IESS | 04/02/07 | Completed and NTP | 04/02/07 | 7/16/2007. Revised 1/4/08. | MTACC/LM | LIRR | See AWO 88 for settlement | RFP issued 4/2/07. LM proposal issued 10/25/07. Negotiated on 12/14/07 and agreed to subcontractor cost. LM submitted revised proposal on 1/4/08. Subcontractor and BOM cost agreed to. |
| 56 | Keypads for NYCT This issue to be removed to Claims Log. | | 12/22/06 | See Claims Log | 12/22/06 | 03/01/07 | n/a | NYCT | Cost included in AWO 103, Bucket 1 Agreement | LM submitted proposal on 3/1/07. LM proposal includes the costs associated with AWO #38. MTACC considers this work base scope. |
| 57 | Credit for AWO #5 (Leaky Coax Cable) | IESS | 02/20/07 | Completed and NTP | | 02/20/07 | n/a | MTACC | $ (3,950,000) | Credit for work not done and material not bought for cancelled AWO 5. Negotiated 8/6/08. Subsequent discussion resulted in settlement. NTP issued 11/13/08. |
| 58 | Metro-North Railroad Grand Central Terminal Device Revisions | IESS | 10/20/06 | Completed and NTP | 04/30/07 | 07/25/07 | n/a | MNR | $ 300,000 | AWO complete 8/9/07. |
| 59 | Credit for deletion of 20 cameras in the 63rd Street Lower Level Tunnel.- CANCELLED | IESS | 02/08/07 | Cancelled | 05/02/07 | 10/04/07 | n/a | LIRR | | Letter sent to LM, 5/2/07, directing not to install cameras and provide credit. AWO cancelled see AWO #116. |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Mott Haven C3 facility | | 01/23/07 | Completed | 08/01/07 | | n/a | MNR | $ 5,443 | AWO cancelled on 5/11/07. MTACC to reissue for the MNR C3 to be at North White Plains. Negotiation cost incurred prior to cancellation. |
| 61 | Harlem River Lift Bridge | IESS | 06/15/07 | Completed | 06/26/07 | 09/27/07 | n/a | MNR | Cost included in AWO 103, Bucket 1 Agreement | Request for proposal letter issued to LM on 6/15/07. MTACC revised proposal request to include all noted revisions in the drawings provided to LMTSS. Proposal received 9/28/07. Rejected by MTACC due to being incomplete. Scope meeting held 11/15/07 |
| 62 | URT Design Changes | IESS | 06/22/07 | Completed | 07/23/07 | 11/6/2007 Design 4/9/08 Implementation | MTACC/LM | NYCT | Design costs included in AWO 88 settlement. See AWO 75 for description of settlement costs. | On 6/22/07, MTACC requested LM to provide a copy of their field notes and sketches for confirmation of the scope. Proposal submitted 11/6/07 and is incomplete. Proposal is for design only of AWOs 62 and 75. |
| 63 | Temporary Air Con Solution for Comm Rm MR 402 @GCS | IESS | 07/16/07 | Completed and NTP | 07/16/07 | 07/17/07 | n/a | MTACC | $ 21,760 | AWO complete 7/20/07. NTP 7/20/07. |
| 64 | Comnetix Interface for RMS Data Migration | IESS | 07/20/07 | On Hold | 08/01/07 | 08/03/07 | MTACC/MTAPD | MTAPD | | AWO 42 was negotiated without the Comnetix interface. LM Proposal received 8/3/07. New scope, dated 8/21/07, to include the complete development and implementation of the Comnetix Interface |
| 65 | Credit - LMTSS BAFO Assumption 114 | IESS | 03/07/07 | Completed | 03/20/07 | 10/08/07 | n/a | MNR | Cost included in AWO 103, Bucket 1 Agreement | LM states that what is being installed meets the RFP and has been approved by MNR, therefore no credit due. MTACC informed LM that change was made w/o concurrence of MTACC or MNR and to provide credit. |
| 66 | Credit for using EMT in lieu of rigid conduit in LIC. | | 07/27/07 | Cancelled | 07/27/07 | 08/23/07 | n/a | MTACC | | LMTSS has requested AWO be cancelled as they state the requirements of the contract and AWO #1-S-2 specifications have been met thru rework by their subcontractor. MTACC has verified that rework has been done to comply with contract. AWO |
| 67 | Costs for AWO 46 prior to cancellation and Additional Mechanical Work at the Amtrak Service Plant. | Completed | 08/02/07 | Completed and NTP | 08/02/07 | 10/8/2007 3/13/08R | n/a | MTACC | $ 183,700 | LM proposal issued 10/8/07. LM proposal negotiated and agreed to $183,700. |
| 68 | Use of existing messenger in lieu of conduit in URT's. | IESS | 08/06/07 | Unilateral Directive | 08/06/07 | 10/05/07 | n/a | MTACC | $ (2,781,143) | LMTSS says RFP allows for either conduit or messenger and denies any credit is due. A unilateral Extra Work Directive was issued on 1/9/09. |
| 69 | NYCT Base Comm Room Changes - design cost is included in AWO 88, this AWO reflects implementation costs for AWO 69 and 43 | IESS | 08/03/07 | Completed and NTP | 08/03/07 | 11/5/2007 | n/a | NYCT | $ 6,000,000 | LM proposal submitted a Design Only 11/5/07. Implementation cost submitted 2/28/08 combined with AWO 43. Updated implementation proposal submitted by LM 3/27/08. Revised Implementation Cost submitted on 4/3/08. Design cost settled as part of AWO 88. Implementation cost for AWO 43/69 settled during discussions subsequent to 7/8/08 meeting. |
| 70 | Credit for Devices at 63rd Street Lower level - installation of reduced number | IESS | 08/14/07 | Completed and NTP | 08/14/07 | 10/4/2007 2/27/08R | n/a | LIRR/Amtrak | $ (7,500) | At 10/17/07 Weekly Meeting, LMTSS stated that Five Star would be revising their proposal. Meeting held 11/15/07 with no agreement reached. MTACC letter sent 1/18/08 further reducing scope. LM proposal due 1/31/08. LM revised proposal submitted 2/27/08. Additional information required by LM prior to final negotiation. LM to submit revised proposal including additional credit for testing. Negotiated and agreed to 6/12/08 and NTP issued. |
| 71 | RIPC Mechanical Changes - Relocation of HVAC units | IESS | 08/17/07 | Completed and NTP | 08/23/07 | 01/10/08 | n/a | B&T | $ 70,000 | LM proposal submitted 1/10/08. Negotiated and agreed to on 4/9/08. NTP issued. |
| 72 | IDS Control | IESS | 39321 | Completed and NTP | 39321 | 11/16/2007 Revised 1/4/08 | n/a | LIRR/Amtrak | See AWO 86 for settlement | LM letter 10/19/07, will submit revised proposal 10/31/07. Revised proposal submitted 11/16/07. Negotiated on 12/14/07 and agreed to subcontractor cost. BOM settled for on 12/19/07. LM submitted revised proposal on 1/4/08. MTACC revised estimate on 1/9/08. Subcontractor and BOM costs agreed to. |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 63rd Street Tunnel Upper Level Additional Work | | 08/28/07 | Cancelled | 08/28/07 | 10/29/07 | n/a | NYCT | | LM letter 10/19/07, will submit revised proposal 10/29/07. LM submitted proposal. AWO cancelled 1/18/08. |
| 74 | Revised Modifications at JCC (LIRR Regional C3 Center) - Skanska portion of 7th Floor Condensing Unit only. | IESS | 09/07/07 | Completed and NTP | 09/07/07 | 11/09/07 | n/a | LIRR/Amtrak | $78,751 | LM proposal issued 10/5/07. Revised proposal submitted 11/5/07. Skanska 7th floor work settled on 12/19/07 and NTP given 1/11/08. LM portion and 1st floor work to be negotiated when called AWO 83. |
| 75 | URT Communication Room changes | IESS | 09/07/07 | Completed | 11/20/07 | 11/06/07 | LM | NYCT | See AWO 88 for settlement of Design Costs for AWO 62/75. | Design cost included in AWO 62 proposal. Revised scope sent to LM on 11/20/07 removing the power upgrade. LM submitted proposal update 3 for AWOs 36, 43, 62 and 75 on 1/30/09. |
| 76 | B&T VNB IR Fence | IESS | 07/10/07 | Completed and NTP | 09/21/07 | 10/29/08 | n/a | B&T | $ 33,829 | LM proposal submitted 11/1/07. Price is high, scope of work revised. LM updated proposal submitted on 6/17/08 |
| 77 | Cathodic Protection @ 63rd Street Tunnel LL | IESS | 07/24/07 | Completed and NTP | 09/21/07 | 11/5/2007 2/27/08R | n/a | NYCT | $ 96,690 | Cost appears excessive. MTACC to investigate others ways to accomplish cathodic protection. LM submitted rev. proposal for rev. scope 1/30/08. AWO cancelled, price to high. LM revised price for work done subsequent to cancelling AWO submitted 2/27/08.LM agreed to lump sum price of $96,690. NTP executed |
| 78 | Base RMS Conversion and Training to Trainer | IESS | 10/25/07 | Completed and NTP | 10/25/07 | 11/01/07 | n/a | MTAPD | $ 270,000 | LM proposal submitted 10/25/07. 11/1/07 LM issued revision based on scope discussions. Negotiation held 11/8/07 and were unsuccessful. Negotiated and settled on 11/28/07. |
| 79 | LIRR Penn Station Demarc Relocation | IESS | 11/11/07 | Completed and NTP | 11/02/07 | 11/19/07 | n/a | LIRR/Amtrak | $ 89,000 | LMTSS submitted proposal on 11/19/07. Negotiation meeting held 12/5/07. Negotiated and settled on 12/14/07. NTP issued 12/14/07. |
| 80 | 63rd Street Tunnel Fence and Pedestal Mount ACDI | IESS | 11/09/07 | Completed and NTP | 11/09/07 | 11/19/07 | n/a | NYCT | $ 86,675 | LMTSS submitted proposal on 11/19/07. Negotiation meeting held 12/5/07. Negotiation held 2/29/08. - FSE cost agreed to, LM cost not agreed to. Final cost negotiated and agreed .NTP executed 04/24/08 |
| 81 | Relocate Card Reader at JCC | IESS | 11/30/07 | Completed and NTP | 11/30/07 | 03/13/08 | n/a | LIRR/Amtrak | $ 12,026 | LM proposal received 3/13/08. Negotiated and agreed to 3/20/08. |
| 82 | Eliminate 2 AHU's at JCC | IESS | 12/13/07 | Completed and NTP | 12/13/07 | 03/03/08 | n/a | LIRR/Amtrak | $ (6,800) | Sent RFP on 12/13/07.LM proposal received 3/3/08. Negotiated and agreed to on 3/20/08. |
| 83 | Revised Modifications at JCC (LIRR Regional C3 Center) - JCC Modifications to 1st floor and LM costs for AWO 74 and 83. | IESS | 09/07/07 | Completed and NTP | 09/07/07 | 11/09/07 | n/a | LIRR/Amtrak | $ 197,361 | Negotiated and agreed to on 1/31/08. Direction letter given 2/1/08. |
| 84 | Support DWDM Work at LIC C3 Facility | IESS | 02/12/08 | Completed and NTP | 02/12/08 | 02/28/08 | n/a | MTAPD | $ 6,750 | NTP given 2/12/08 for work on 2/12/08, 2/13/08 and 2/14/08. Negotiations completed. NTP executed 04/24/08 |
| 85 | Agency Badging Printers - Upgrade from Contract Equipment | IESS | 01/11/08 | Completed and NTP | 02/22/08 | 3/5/2008 4/2/08R | n/a | LIRR/Amtrak | $ 85,551 | RFP issued 2/22/08 for upgrade from contract equipment. Proposal received 3/5/08. Revised proposal received 4/2/08. Negotiated and agreed to 4/3/08. |
| 86 | Credit for Eltek Power Supplies at LIC Shaft | | 01/18/08 | Cancelled | 02/20/08 | n/a | n/a | MTACC | | AWO cancelled 3/25/08. |
| 87 | Metro North Railroad Regional C3 Center at White Plains | IESS | 02/25/08 | Completed and NTP | 02/25/08 | 04/23/08 | n/a | MNR | $66,000 | RFP issued 2/25/08. Negotiations held on 7/17/08 and subcontractor cost agreed to. Negotiated and price agreed to on 8/19/08. NTP issued on 11/13/08. |
| 88 | Bucket 2 AWOs - 12A, 25, 36, 43, 55, 69, 72 and 62/75 | IESS | 04/10/08 | Completed and NTP | | n/a | n/a | NYCT | $8,500,000 | Claim settlement, Board Approved. |
| 89 | Conduit Rerouting for NJ Transit Area (Penn Station Service Plant). | IESS | 02/26/08 | Completed and NTP | 04/02/08 | 04/03/08 | n/a | MTACC | $ 39,961 | Negotiated 4/9/08 and agreed to. |
| 90 | Conduit & Cable Work at JCC - to extend voice circuits to demarcation point | | 04/24/08 | Cancelled | | | n/a | LIRR | | RFP issued on 4/24/08. |
| 91 | WDM Power Termination and Service Calls for MR402 HVAC | IESS | 05/09/08 | Completed and NTP | 05/09/08 | 06/13/08 | n/a | MTACC | $ 4,770 | RFP issued 5/9/08. Negotiated and agreed to on 6/16/08. |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | Service Connection at Roosevelt Island - | IESS | | Cancelled | 05/29/08 | 06/13/08 | n/a | MTACC | $ 19,000 | RFP issued 5/29/08. LM proposal received on 6/13/08. AWO was negotiated on 6/18/08. |
| 93 | Credit for VNB Intercom Water damage | IESS | 04/21/08 | Review | N/A | | LM | B & T | | |
| 94 | NYCT Bus Radio Interface at 130 Livingston St | IESS | 06/11/08 | Awaiting Proposal | 06/11/08 | | LM | MTACC | | |
| 95 | URT RutgersTunnel/Plymouth St. Shaft EDR Power | IESS | 05/07/08 | Completed and NTP | 06/13/08 | 06/25/08 | n/a | MTACC | $ 248,000 | RFP issued on 6/13/08. LM proposal received on 6/25/08. AWO negotiated on 7/1/08. |
| 96 | MTAPD RMS Training | IESS | 06/13/08 | Completed and NTP | 06/13/08 | 06/27/08 | n/a | PD | $ 225,000 | RFP issued on 6/13/08. LM proposal received on 6/27/08. |
| 97 | MTAPD CAD Training | IESS | 06/13/08 | Completed and NTP | 06/13/08 | 06/27/08 | n/a | PD | $ 215,000 | RFP issued on 6/13/08. LM proposal received on 6/27/08. |
| 98 | 13 URT Greenpoint/Jackson Tunnel Emergency Exit 421 Work | IESS | 06/18/08 | Completed and NTP | 06/18/08 | 06/27/08 | n/a | MTACC | $ 73,500 | RFP issued on 6/18/08. LM proposal received on 6/27/08. Negotiated, agreed to and NTP issued on 7/16/08. |
| 99 | Glass Door at JCC | | 04/18/08 | Cancelled | 04/18/08 | 06/25/08 | n/a | | | RFP issued on 4/18/08. LM proposal received on 6/25/08. LM update 1 proposal received on 6/27/08. AWO cancelled. |
| 100 | Penn Station CCTV Integration | | 01/23/08 | Completed and NTP | 01/23/08 | 10/16/08 | n/a | LIRR | $ 62,500 | RFP issued on 1/23/08. LM proposal received on 6/18/08. Revised proposal due to revised scope received 10/16/08. Negotiated and NTP issued on 11/04/08. |
| 101 | Contract Waiver Request A102 - NYCT 130 Livingston (Skanska) | IESS | 01/24/08 | Completed and NTP | | 06/19/08 | n/a | LM | $ (16,417) | Credit for using MC cable and EMT instead of rigid conduit. Negotiated, agreed to and NTP issued on 8/7/08. Skanska electrical work. See AWO 111 for comm |
| 102 | Settlement of AWO #22 UD | IESS | 03/28/08 | Completed | - | 07/31/08 | n/a | MTACC | $ 26,600 | Negotiated and agreed. |
| 103 | Bucket 1 Agreement | IESS | 11/28/07 | Completed | | | n/a | MTACC | $ 249,000 | |
| 104 | Credit for AWO 46 | IESS | 05/15/08 | Completed | | | n/a | MTACC | $ (135,000) | AWO #46 was cancelled in its entirety. LMTSS agrees to provide a credit to MTACC due to the cancellation. |
| 105 | Lost Time Due to Delay/Cancellation of Authority Supplied Services | IESS | 07/01/06 | Completed and NTP | | | n/a | MTACC | $ 1,000,000 | Article SC-17 of the contract allows up to $1M for lost time claims. |
| 106 | Connect JCC, 345 and LIC via EVPL Circuits for PD and Voice Data | IESS | 12/18/08 | Negotiated | 12/18/08 | 01/09/09 | n/a | MTAPD | $ 160,000 | RFP issued on 12/18/08. LMTSS submitted proposal on 1/9/09. Negotiated on 1/26/09. |
| 107 | MTAPD Router | IESS | 09/11/08 | Completed and NTP | 09/11/08 | 10/09/08 | n/a | MTAPD | $ 53,000 | NTP isued on 10/30/08 |
| 108 | MTAPD TDD-CANCELLED | IESS | 09/12/08 | Cancelled | 09/12/08 | 10/16/08 | MTACC | MTAPD | | AWO cancelled. |
| 109 | LIC Utility Bill Credit | IESS | 10/14/08 | Awaiting Proposal | 10/17/08 | | LMTSS | MTA | | |
| 110 | Times Square Fiber on Messenger Credit | IESS | 09/24/08 | Review | 10/15/08 | 11/05/08 | LMTSS | n/a | | LMTSS submitted proposal on 11/05/08. |
| 111 | Contract Waiver Request 102 - Low Voltage Cable - NYCT 130 Livingston | IESS | 01/24/08 | Review | 01/24/08 | 01/30/09 | LMTSS | n/a | | AWO 101 covered the credit for allowing flexible conduit in lieu of rigid for the power cable. AWO 111 covers allowing EMT in lieu of rigid conduit for the low voltage comm cable. LM submitted a proposal on 1/30/09. |
| 112 | Sand Street Interface Credit | IESS | 10/21/08 | Awaiting Proposal | 11/07/08 | | LMTSS | NYCT | | MTA sent RFP on 11/07/08. |
| 113 | Power Services for Roosevelt Ave - CANCELLED, See AWO #116 | IESS | 09/30/08 | Cancelled | 09/30/08 | 11/10/08 | LMTSS | LIRR | | AWO 92 covered provision of power from ConEd. Con Ed requested an additional property line box. This AWO covers the procurement and installation of the property line box. LMTSS proposal 11/10/08. |
| 114 | Power Circuits at LIC | IESS | 11/11/08 | Completed and NTP | 11/11/08 | 11/12/08 | n/a | LIC | $ 8,871 | |
| 115 | B&T Tone Remote Adaptor-CANCELLED | IESS | 11/13/08 | Cancelled | 11/13/08 | | | B&T | | AWO cancelled on November 20, 2008. |

| AWO # | Change Description | Contract | Initiation Date | Change Status | RFP Date | Contract's Proposal Date | BIC | Requesting Agency | Negotiated Cost | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 116 | Work at LIRR 63rd Street Tunnel LL: Descope | IESS | 12/16/08 | Review | 12/16/08 | 01/30/09 | LM | MTACC | | LM submitted proposal on 1/30/09. Negotiations held. LM conditions not acceptable. |
| 117 | MTAPD - Support Hours for Citrix Solution | IESS | 01/30/09 | 2/20/2009 | 01/30/09 | | LM | MTA-PD | | Request for 300 hours of support for MTA-PD implementation/deployment of the Citrix solution. Lm submitted proposal on 2/20/09 to provide 300 hours of engineering support with the list of rates for each Work description. |
| 118 | CANCELLED - Steinway tunnel (fan plant 7204) install additional breaker | IESS | 02/12/09 | Cancelled | 02/12/09 | | LM | NYCT | | AWO cancelled per MTACC letter no. IESS MTA-CCM-LM-01544 dated 3/13/09. |
| 119 | Verizon EPL at NYCT Regional C3 | IESS | 02/06/09 | Completed and NTP | 02/13/09 | 02/27/09 | LM | MTACC | $ 9,700 | LM submitted proposal on 2/27/09. Negotiated and issued NTP on 3/24.09. |
| 120 | Relocate Console at RIPC | IESS | 04/13/09 | Awaiting Proposal | 04/13/09 | | LM | MTA-B&T | | |
| 121 | AWO for LM to Add GE-Star Reader on VCS | IESS | 04/27/09 | Review | 04/27/09 | 05/06/09 | MTACC | NYCT | | |
| 122 | NYCT 63rd Street Tunnel EPL Connection | IESS | 05/01/09 | Awaiting Proposal | 05/01/09 | | LM | MTACC | | |
| 123 | Power Conduit Rerouting in MR-222(Roosevelt Island) | IESS | 05/06/09 | Completed and NTP | 05/06/09 | 05/08/09 | | MTACC | $ 12,300 | Negotiated and agreed to on 1/31/08. Notice to Proceed issued on 5/13/09. |
| 124 | Conduit Rerouting in MR-222 (Roosevelt Island). | IESS | 05/06/09 | Awaiting Proposal | 05/06/09 | | LM | MTACC | | |
| 125 | Scope Modifications at ERT | IESS | 05/20/09 | Awaiting Proposal | 05/20/09 | | LM | MTACC | | |
| 126 | URT Scope Reduction | IESS | - | NTP | 06/11/09 | | LM | MTACC | | |
| * | DELETED - Additional camera @ the VNB Access Hatches | | 01/12/07 | Cancelled | | | LM | B&T | | Request for proposal letter issued to LM on 1/21/07. AWO Deleted on March 9, 2007. |

*** Slip Sheet ***

DocumentType: Parent

DOCID: 2308621

BEGBATES: MTACC_E-00211700

TITLE: MTACC_E 0000211700.pdf

DATE: 2009-06-24