UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LOCKHEED MARTIN TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF LOCKHEED
MARTIN CORPORATION,

                              Plaintiff,

            -against-

MTA CAPITAL CONSTRUCTION COMPANY and
METROPOLITAN TRANSPORTATION AUTHORITY,

                              Defendants.

No. 09 cv 4077 (PGG)(GWG)

ECF CASE

-------------------------------------------------------------------x

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, FEDERAL INSURANCE COMPANY,
and SAFECO INSURANCE COMPANY OF AMERICA,

                              Plaintiff,

            -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY, and
NEW YORK CITY TRANSIT AUTHORITY,

                              Defendants.

No. 09 cv 6033 (PGG)(GWG)

-------------------------------------------------------------------x

**JOINT RELEVANT DEPOSITION EXCERPTS TO
PLAINTIFF LOCKHEED MARTIN'S AND DEFENDANT MTA'S
MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

DM1\4168591.1

# TABLE OF CONTENTS

**Deposition Transcript**                                                                                                                                        **Tab**

## VOLUME 1

Peter Berl (April 9-10, 2013)................................................................................................ Berl

Carlaine Blizzard (September 12, 2012 and April 3, 2013)................................................... Blizzard

Mark Bonatucci (March 2, 2011)........................................................................................... Bonatucci

John Breitbeil (March 14-15, 2012)....................................................................................... Breitbeil

Joseph Christen (March 29, 2013 and April 1, 2013)............................................................ Christen

Frank Davies (February 28, 2013) ........................................................................................ Davies

Louis DeStefano (February 15, 2013) .................................................................................. DeStefano

Terrence Fetters (October 14-15, 2010) ............................................................................... Fetters

Mark Gaffney (December 15, 2011) ..................................................................................... Gaffney

James Gaughan (May 3-4, 2011 and December 13, 2011) .................................................. Gaughan

Stanley Grill (December 16, 2010 and December 2, 2011) .................................................. Grill

Veronique Hakim (December 16, 2011 and February 17, 2012) .......................................... Hakim

John Halsema (June 19, 2012) ............................................................................................. Halsema

Steven Hansen (March 7, 2012) ........................................................................................... Hansen

Wael Hibri (September 24, 2010) ......................................................................................... Hibri

Gary Himert (November 16, 2011) ....................................................................................... Himert

David Horn (August 21, 2012) .............................................................................................. Horn

Michael Horodniceanue (December 9, 2011 and January 18, 2012) ................................... Horodniceanue

Avery Huggins (October 3-4, 2011) ...................................................................................... Huggins

Craig Hughes ((30(b)(6) Witness) June 6, 2013) ................................................................. Hughes (30(b)(6))

| Deposition | Tab |
|---|---|
| Craig Hughes ((Expert Witness) February 13, 2012) | Hughes (Expert) |
| Barbara Humpton (July 13, 2012) | Humpton |
| John Hyland (March 6, 2012) | Hyland |
| Velivor Ivanic (March 16, 2011) | Ivanic |
| Jeff Jacobi (November 4, 2011) | Jacobi |
| Waldemar Kaczynski (March 9, 2011) | Kaczynski |

**VOLUME 2**

| Deposition | Tab |
|---|---|
| William Krampf (July 20-21, 2011) | Krampf |
| Bradley Lovitt (April 19, 2012) | Lovit |
| Judith Marks (July 26, 2012) | Marks |
| Linda Martinez (February 28, 2012 and March 12, 2012) | Martinez |
| Mysore Nagaraja (June 16, 2011) | Nagaraja |
| Roger Nebel (February 26, 2013) | Nebel |
| Robert O'Brien (November 29, 2011) | O'Brien |
| Ben Oyekunle (June 6, 2012) | Oyekunle |
| Ashok Patel (July 30, 2010) | Patel |
| Ronald Pezik (August 31, 2010, September 1, 2010, and April 5, 2013) | Pezik |
| Nino Pirraglia (August 5, 2010) | Pirraglia |
| Howard Reith (February 5-6, 2010) | Reith |
| Fred Robinson (April 4, 2012) | Robinson |
| Sean Ryan (April 17, 2012) | Ryan |
| Lisa Schreibman (March 5, 2012) | Schreibman |
| Kenneth Shields (July 21-22, 2010) | Shields |
| John Steinbock (November 10, 2011) | Steinbock |

DM1\4168591.1

| | |
|---|---|
| Tammi Thomas (May 24, 2012) ................................................................................... | Thomas |
| Philip Thurston (February 16, 2012) ........................................................................... | Thurston |
| Ken Turner (December 20, 2011) ................................................................................ | Turner |
| Leonard Viviano (April 25, 2012) ................................................................................ | Viviano |
| Stephen Whittaker (November 9, 2011) ...................................................................... | Whittaker |
| James Williamson (May 25-26, 2011) ......................................................................... | Williamson |