DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MUSCAT, OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mlchartan@duanemorris.com

www.duanemorris.com

October 24, 2013

**VIA FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Lockheed Martin Corporation, et al. v. MTA, et al.
      Civil Action No.: 09 Civ. 04077 (PGG)

Dear Judge Gardephe:

Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in the above referenced litigation. We have conferred with counsel for defendants, Ira Lipton, Esq., and counsel for the sureties, Adam Friedman, Esq., about the filing of Daubert motions. The parties have decided not to file Daubert motions prior to trial. We jointly thank Your Honor and Your Honor's law clerk Michael Gramer for the continuing courtesy and assistance extended to our clients and firms.

Respectfully submitted,

*Michael Chartan*

Michael Chartan (MC 4609)

MC:ag

cc:   Ira J. Lipton, Esq. (Hoguet, Newman Regal and Kenney, LLP, for MTA) (via email)
      Adam Friedman, Esq. (Wolff & Samson P.C., for the Sureties) (via email)