```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,

    Plaintiff,

- against -

MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,

    Defendants.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,

    Defendants.

## ORDER

09 Civ. 4077 (PGG)

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    After consultation with the parties, the Court adopts the following modified Scheduling Order:

1. The trial that was scheduled to take place on April 28, 2014, is adjourned to **July 7, 2014** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

2. Within sixty days of this Court's summary judgment decision, the parties will file a joint pre-trial order.

3. Motions in limine are due two (2) weeks after the deadline for the joint pre-trial order, with oppositions due two (2) weeks thereafter.

Dated: New York, New York
       February 28, 2014

                         SO ORDERED.

                         _____
                         Paul G. Gardephe
                         United States District Judge