UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/14
```

---

LOCKHEED MARTIN TRANSPORTATION
SECURITY SOLUTIONS, AN OPERATING UNIT
OF LOCKHEED MARTIN CORPORATION,

    Plaintiff,

  -against-

MTA CAPITAL CONSTRUCTION COMPANY
and METROPOLITAN TRANSPORTATION
AUTHORITY,

    Defendants.

09 CIV 4077 (PGG) (GWG)

ECF CASE

---

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL
INSURANCE COMPANY, and SAFECO
INSURANCE COMPANY OF AMERICA,

    Plaintiffs,

  -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA CAPITAL CONSTRUCTION
COMPANY, and NEW YORK CITY TRANSIT
AUTHORITY,

    Defendants.

09 CIV 6033 (PGG) (GWG)

<u>ORDER FOR ADMISSION
PRO HAC VICE</u>

---

<u>ORDER FOR ADMISSION PRO HAC VICE</u>

  The motion of Jeffrey S. Pollack, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the states of New Jersey and Pennsylvania, and that his contact information is as follows:

DM1\4515297.1

|  |  |
|---|---|
| Applicant's Name: | Jeffrey S. Pollack |
| Firm Address: | Duane Morris, LLP |
| Address: | 30 South 17th Street |
|  | Philadelphia, PA 19103-4196 |
| Telephone: | (215) 979–1299 |
| Facsimile: | (215) 689-4942 |
| E-mail: | JSPollack@duanemorris.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _April 28, 2014_        _Paul Gardephe_

Hon. Paul G. Gardephe

2

DM1\4515297.1