UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                      │
│ DATE FILED:  4/28/14                 │
└─────────────────────────────────────┘
```

LOCKHEED MARTIN
TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF
LOCKHEED MARTIN CORPORATION,

        Plaintiff,

   - against -

MTA CAPITAL CONSTRUCTION
COMPANY and METROPOLITAN
TRANSPORTATION AUTHORITY,

        Defendants.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL
INSURANCE COMPANY, and SAFECO
INSURANCE COMPANY OF AMERICA,

        Plaintiffs,

   - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and
LOCKHEED MARTIN CORPORATION,

        Defendants.

**ORDER**

09 Civ. 4077 (PGG)

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

     The Court adopts the following modified Scheduling Order:

1. The parties will file a joint pre-trial order by **June 9, 2014**;

2. Motions in limine are due **June 24, 2014**, and oppositions are due **July 1, 2014**.

Dated: New York, New York
      April 24, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge