UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2014
```

LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,

    Plaintiff,

- against -

MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,

    Defendants.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,

    Defendants.

**ORDER**

09 Civ. 4077 (PGG)

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties, the Court adopts the following modified Scheduling Order:

1. The parties will file a joint pre-trial order by **July 9, 2014**.

2. Motions in limine are due **August 1, 2014**, and oppositions are due **August 15, 2014**.

3. The trial previously scheduled for July 7, 2014 is adjourned to **October 6, 2014** at **9:30 a.m.**

4. The Court will hold a pre-trial conference on **Thursday, August 28, 2014** at **10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of the Court is directed to terminate the letter motion (Dkt. No. 174).

Dated: New York, New York        SO ORDERED.
      June 10, 2014

*[signature]*
Paul G. Gardephe
United States District Judge