NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

FIRM and AFFILIATE OFFICES

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mchartan@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 9, 2014

**VIA FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York  10007-1312

        Re:    **Lockheed Martin Corporation, et al. v. MTA, et al.**
                **Civil Action No.: 09 Civ. 4077 (PGG)**

Dear Judge Gardephe:

      Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in the above referenced action. We are submitting this joint letter requesting one additional day to deliver the pre-trial order, declarations and exhibits to the Court. The requested extension is from today July 9, 2014 to July 10, 2014. We have consulted with counsel for MTA, Ira Lipton, and counsel for the Sureties, Adam Friedman, and they have consented to this request.

      This request will not affect the filings scheduled for July 23, 2014 which include ECF filings of all pre-trial documents as well as delivery of the memoranda of law and proposed findings of fact and conclusions of law to Chambers.

      All other dates are not affected by our request. Motions in limine will be filed and served on August 1, 2014 and responses on August 15, 2014. All counsel will appear at the August 28, 2014 conference. Trial will start on October 6, 2014.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DM1\4873676.1

Honorable Paul G. Gardephe
July 9, 2014
Page 2

        Thank you for considering this application.

                                            Respectfully submitted,

                                            Michael Chartan

cc:    Ira J. Lipton, Esq., Hoguet, Newman Regal and Kenney, LLP, for MTA (via email)
        Adam P. Friedman, Esq., Wolff & Samson PC, for the Sureties (via email)

DM1\4874037.1