07/09/2014 12:48 FAX 12126921020    DUANE MORRIS LLP    ☒002/003
Case 1:09-cv-04077-PGG-GWG   Document 181   Filed 07/11/14   Page 1 of 2
Case 1:09-cv-04077-PGG-GWG   Document 180   Filed 07/09/14   Page 1 of 2

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mchartan@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 9, 2014

**VIA FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York 10007-1312

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: July 10, 2014

Re:   **Lockheed Martin Corporation, et al. v. MTA, et al.**
      **Civil Action No.: 09 Civ. 4077 (PGG)**

Dear Judge Gardephe:

Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in the above referenced action. We are submitting this joint letter requesting one additional day to deliver the pre-trial order, declarations and exhibits to the Court. The requested extension is from today July 9, 2014 to July 10, 2014. We have consulted with counsel for MTA, Ira Lipton, and counsel for the Sureties, Adam Friedman, and they have consented to this request.

This request will not affect the filings scheduled for July 23, 2014 which include ECF filings of all pre-trial documents as well as delivery of the memoranda of law and proposed findings of fact and conclusions of law to Chambers.

All other dates are not affected by our request. Motions in limine will be filed and served on August 1, 2014 and responses on August 15, 2014. All counsel will appear at the August 28, 2014 conference. Trial will start on October 6, 2014.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/14

DUANE MORRIS LLP

07/09/2014 12:49 FAX    12126921020         DUANE MORRIS LLP                             ☒003/003

Case 1:09-cv-04077-PGG-GWG   Document 181   Filed 07/11/14   Page 2 of 2
Case 1:09-cv-04077-PGG-GWG   Document 180   Filed 07/09/14   Page 2 of 2

Honorable Paul G. Gardephe
July 9, 2014
Page 2

Thank you for considering this application.

Respectfully submitted,

*Michael Chartan*

Michael Chartan

cc:  Ira J. Lipton, Esq., Hoguet, Newman Regal and Kenney, LLP, for MTA (via email)
     Adam P. Friedman, Esq., Wolff & Samson PC, for the Sureties (via email)

DM1\4874037.1