**DuaneMorris**®

*FIRM and AFFILIATE OFFICES*

www.duanemorris.com

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 11, 2014

BY ECF AND FACSIMILE

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   Lockheed Martin Corportation v. MTA Capital Construction Co. and
>        Metropolitan Transp. Auth., 09-CV-4077 (PGG) (GWG)

Dear Judge Gardephe:

Our firm represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in the above referenced action. Pursuant to the Court's Individual Rules Section 10(C)(iii), Lockheed Martin intends to cross examine the following witnesses at trial, whose affidavits constituting direct testimony Defendants MTA Capital Construction Company and Metropolitan Transportation Authority (collectively "MTA") filed as part of their case in chief:

|    | MTA's Witness | Lockheed Martin Cross Examination |
|----|---------------|-----------------------------------|
| 1. | Joseph Christen | X |
| 2. | Terrence Fetters | X |
| 3. | Donald Fredlund | X |
| 4. | Michael Grant | X |
| 5. | Veronique Hakim | X |
| 6. | Steven Hansen | X |
| 7. | Wael Hibri | X |
| 8. | Michael Horodniceanu | X |

Hon. Paul G. Gardephe
July 11, 2014
Page 2

| | | |
|---|---|---|
| 9. | Craig Hughes | X |
| 10. | John Hyland | X |
| 11. | Gary Jentzen | X |
| 12. | Robert Levine | X |
| 13. | Linda Martinez | X |
| 14. | Suzanne Michelle | X |
| 15. | Robert Murphy | X |
| 16. | April Panzer | X |
| 17. | Ashok Patel | X |
| 18. | Ronald Pezik | X |
| 19. | Nino Pirraglia | X |
| 20. | Robert Rahle | X |
| 21. | Howard Reith | X |
| 22. | Sean Ryan | X |
| 23. | Howard Safir | X |
| 24. | Lisa Schreibman | X |
| 25. | Kenneth Shields | X |
| 26. | Leonard Viviano | X |

Thank you for your courtesy in this matter.

Respectfully,

Michael Chartan

cc:    Ira J. Lipton, Esquire
       Adam P. Friedman, Esq.