

# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

July 14, 2014

**By Hand**

Hon. Paul G. Gardephe  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan Transp. Auth., *et ano.*, 09-CV-4077 (PGG) (GWG); 09 CIV 6033 (PGG) (GWG)

Dear Judge Gardephe:

    We represent defendants Metropolitan Transportation Authority and MTA Capital Construction Company (collectively "MTA") in the above-referenced actions. MTA identifies the following witnesses whose testimony is to be offered by affidavit in Lockheed's case in chief as witnesses whom MTA intends to cross-examine:

1. Judith Marks
2. Barbara Humpton
3. James Gaughan
4. James Williamson
5. William Krampf
6. Bradley Lovitt
7. Steven Smith
8. Gary Porter
9. Bruce Corriveau
10. Stacie Musgrave
11. Douglas Peterson
12. Frank J. Davies
13. Louis T. DeStefano
14. Roger Nebel

Respectfully submitted,

Ira J. Lipton

cc:    Michael Chartan, Esq. (by email)  
        Adam Friedman, Esq. (by email)