NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

FIRM and AFFILIATE OFFICES

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
E-MAIL: mchartan@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 21, 2014

**VIA ECF AND FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York 10007-1312

        Re:    **Lockheed Martin Corporation, et al. v. MTA, et al.**
                **Civil Action No.: 09 Civ. 4077 (PGG)**

Dear Judge Gardephe:

      Our firm represents Plaintiff Lockheed Martin Corporation in the above reference action, and also is co-counsel for the Sureties with Wolff & Samson PC. We have conferred with counsel for Defendants MTA and submit this request on behalf of all parties for an extension for the filing of remaining pre-trial materials (memoranda of law, proposed findings of fact and conclusions of law, proposed redacted declarations and exhibits, MTA deposition synopses and corrections to the joint pre-trial order) from Wednesday, July 23, 2014 to Friday, July 25, 2014. The additional time is needed to complete all the materials for filing which are extensive in nature.

      Counsel also jointly request that the filing of motions in limine be extended from August 1, 2014 to August 4, 2014. Responses will still be due on August 15, 2014. Counsel are not asking to change the trial date of October 6, 2014.

      The Sureties and the MTA also request the right to supplement their submissions as may be appropriate after the Court has considered the issues raised in the letters submitted by counsel for the Sureties and counsel for the MTA.

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086     PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\4873676.1

Honorable Paul G. Gardephe
July 21, 2014
Page 2

       Thank you for considering this joint request.

                                  Respectfully submitted,

                                  Michael Chartan

MC:ag

cc:    Ira J. Lipton, Esq., Hoguet, Newman Regal and Kenney, LLP, for MTA (via email)
        Adam P. Friedman, Esq., Wolff & Samson PC, for the Sureties (via email)

DM1\4874037.1