# HOGUET NEWMAN
# REGAL & KENNEY, LLP

10 East 40th Street
New York, New York 10016

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

---

ilipton@hnrklaw.com

July 24, 2014

**By E-Filing**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: _July 24, 2014_

Re: Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan Transp. Auth., 09-CV-6033, 09-CV-6033 (PGG) (GWG)

Dear Judge Gardephe:

We represent the defendants MTA, NYCTA and the MTA Capital Construction Company (collectively "MTA") in the above-referenced actions. We write with consent of counsel for Lockheed Martin and the Sureties to request an extension of time to file the parties' proposed findings of facts and conclusions of law and pre-trial memoranda of law.

The requested extension is from tomorrow, July 25, 2014, to August 1, 2014. The parties will file courtesy copies of these documents with the Court tomorrow, but request the extension so that MTA has an opportunity to review these documents for security sensitive information and redact such information before electronically filing these documents.

This extension will not affect any of the other dates in the Court's previous scheduling orders.

Thank you for considering this application.

Respectfully submitted,

Ira J. Lipton

cc: Michael Chartan, Esq. (by email)
    Adam Friedman, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2014