# WOLFF SAMSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/14

BRIAN KANTAR
One Boland Drive
West Orange, NJ 07052
(973) 530-2112
Fax: (973) 530-2312
bkantar@wolffsamson.com

July 25, 2014

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: July 25, 2014

**Via ECF & Facsimile**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Lockheed Martin v. MTA Capital Construction**
       Docket No.: 09-CV-4077 and 09-CV-6033

Dear Judge Gardephe:

Our firm represents the Sureties in the above-referenced action. We have conferred with counsel for the MTA and Lockheed Martin, and with their consent, respectfully request an extension for submitting hard copies of the following materials from Friday July 25, 2014 to Wednesday, July 30, 2014: (i) pre-trial order; (ii) memoranda of law as between the Sureties and the MTA; and (iii) proposed findings of fact and conclusions of law as between the Sureties and the MTA. The parties are not requesting an extension in connection with the submission of the memoranda of law as between Lockheed Martin and the MTA or the proposed findings of fact and conclusions of law as between Lockheed Martin and the MTA. We request this extension because the Sureties need additional time to revise the pre-trial papers they had been preparing as a result of yesterday's ruling on the punitive damages issue.

This request does not affect the MTA's request, submitted by letter dated July 24, 2014, to extend the time to electronically file the pre-trial materials on Friday, August 1, 2014. Counsel also are not asking to change the pre-trial conference date of August 28 or the trial date of October 6, 2014.

Thank you for your consideration of this request.

Respectfully,

Brian Kantar

cc:   Ira J. Lipton, Esq. (via e-mail)
      Michael L. Chartan, Esq. (via e-mail)

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 • (973) 325-1500 • Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 • (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 • (609) 396-6645

www.wolffsamson.com