UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION, | |
| Plaintiff, | 09 CIV 4077 (PGG) (GWG) |
| -against- | ECF CASE |
| MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY, | |
| Defendants. | |

---

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA, | 09 CIV 6033 (PGG) (GWG) |
| Plaintiffs, | **NOTICE OF MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF REPORTS OF MTA'S PURPORTED EXPERTS AS EVIDENCE** |
| -against- | |
| METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY and LOCKHEED MARTIN CORPORATION, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, upon all the pleadings and proceedings herein, Plaintiff Lockheed Martin Corporation by its attorneys, will move this Court before the Hon. Paul G. Gardephe, in the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY, at a date and time to be determined, for an order granting a motion in

DM1\4936191.1

limine to preclude the admission of reports of Defendants MTA Capital Construction Company's and Metropolitan Transportation Authority's purported experts as evidence (Exhs. MTAX1053 (6/17/2011 Safir Report); MTAX1074 (11/6/2012 Safir Report); MTAX1054 (6/21/2011 Reith Report); MTAX1055-1059 and 1059.1 (Appendices to 6/21/2011 Reith Report); MTAX1077 (12/7/2012 Reith Report); MTAX1076 (Hughes 12/7/2012 Report); MTAX1066-1071, 1075 (PMA (Jentzen and/or Fredlund) Reports and supporting materials)); and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order in this case, opposition papers, if any, shall be served and filed on or before August 15, 2014.

Dated: New York, New York
August 4, 2014

**DUANE MORRIS LLP**
*Attorneys for Plaintiff and*
*Co-counsel for Sureties*

By: /s/ *Nicole Woolard*
Michael Chartan, Esq. (MC 4609)
Matthew A. Taylor, Esq. (MT 2914)
Sandra A. Jeskie, Esq. (Pro Hac Admission)
Jeffrey S. Pollack, Esq. (Pro Hac Admission)
Michael Hogan, Esq. (MH 3397)
Nicole Woolard, Esq. (NW 1010)
1540 Broadway
New York, New York  10036
(212) 692-1016