NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
*E-MAIL*: mchartan@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

August 12, 2014

**VIA ECF AND FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York 10007-1312

        **Re:** **Lockheed Martin Corporation, et al. v. MTA, et al.
Nos. 09 CV 4077 and 09 CV 6033(PGG) (GWG)**

Dear Judge Gardephe:

      Our firm represents Plaintiff Lockheed Martin Corporation and is co-counsel for the Surety Plaintiffs. Yesterday, we spoke to Your Honor's law clerk who told us that the pre-trial conference may be adjourned from August 28, 2014 to the week of September 2, 2014. Lockheed Martin's lead trial attorney Matthew Taylor is engaged in a federal matter in Atlanta for a portion of the week of September 2nd. We respectfully request that if the conference is adjourned it be scheduled for September 5, 2014. If that date is not available, then we ask that the conference be scheduled for September 2, 2014.

      Thank you for considering our request.

                                Respectfully,

                                Michael Chartan

MC:ag

cc:    Ira J. Lipton, Esq.,
       Adam P. Friedman, Esq.,
       Matthew Taylor, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\4873676.1