NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
PERSONAL FAX: +1 212 253 4271
*E-MAIL:* mchartan@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

August 12, 2014

**VIA ECF AND FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York  10007-1312

> **Re:   Lockheed Martin Corporation, et al. v. MTA, et al.**
> **Nos. 09 CV 4077 and 09 CV 6033(PGG) (GWG)**

Dear Judge Gardephe:

Our firm is counsel to Plaintiff Lockheed Martin and co-counsel for the Surety Plaintiffs. We write to request leave to file a memorandum of law in opposition to Defendants Motions in Limine that exceeds Your Honor's twenty-five page limit for opposition.  We respectfully ask permission to file an opposition memorandum of law not to exceed sixty-five pages.

Defendants have moved to prevent introduction into evidence of nine separate categories of documents and declarations of three Lockheed Martin witnesses including two experts and a witness on damages.  Lockheed Martin's memorandum will include its opposition to all nine branches of Defendants' motion.  The issues raised by Defendants lack merit but to explain why cannot be done in twenty-five pages due to how Defendants' structured their motion.

Thank you for considering our request.

Respectfully,

*Michael Chartan*

Michael Chartan

MC:ag
cc:   Ira J. Lipton, Esq.,
      Adam P. Friedman, Esq.,

DUANE MORRIS LLP
_____
1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020