| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,<br><br>                                                  Plaintiff,<br><br>-against-<br><br>MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                                                  Defendants. | **NOTICE OF APPEARANCE**<br><br>No. 09 CV 4077 (PGG)(GWG)<br><br>ECF Case |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                                                  Plaintiffs,<br><br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,<br><br>                                                  Defendants. | No. 09 CV 6033 (PGG)(GWG) |

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel of record in this case for Defendants Metropolitan Transportation Authority, MTA Capital Construction Company and New York City Transit Authority. I certify that I am admitted to practice in this court.

Dated:  New York, New York
            September 9, 2014

                                                            HOGUET NEWMAN REGAL & KENNEY LLP

                                                            By:  /s/ Laura B. Hoguet
                                                                   Laura B. Hoguet

                                                            10 East 40th Street
                                                            New York, New York 10016
                                                            (212) 689-8808

                                                            *Counsel for Defendants Metropolitan Transportation Authority, MTA Capital Construction Company and New York City Transit Authority*