USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOCKHEED MARTIN TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF LOCKHEED
MARTIN CORPORATION,                                              No. 09 CV 4077 (PGG)(GWG)

                Plaintiff,

                -against-                                      ECF CASE

MTA CAPITAL CONSTRUCTION COMPANY and
METROPOLITAN TRANSPORTATION AUTHORITY,

                Defendants.
------------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, FEDERAL INSURANCE COMPANY,                           No. 09 CV 6033 (PGG)(GWG)
and SAFECO INSURANCE COMPANY OF AMERICA,

                Plaintiffs,                    **ORDER**

                -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and LOCKHEED
MARTIN CORPORATION,

                Defendants.
------------------------------------------------------------------x

**ORDER PERMITTING LOCKHEED MARTIN
USE OF INTERNET CONNECTION AND
REMOTE REAL TIME TRANSCRIPT FEED
DURING TRIAL**

IT IS HEREBY ORDERED that Courtroom Connect, a Southern District of New York contracted vendor, may provide Plaintiff Lockheed Martin Transportation Security Solutions, an Operating Unit of Lockheed Martin Corporation, with Internet connectivity and Remote Real Time Transcript feeds for the duration of the trial in this action, set to begin Monday October 6, 2014. Courtroom Connect may proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and agents for Lockheed Martin have been authorized to bring in the necessary electronic computing devices to connect to the

DMI\5011122.1

Courtroom Connect service.

Dated: September 11, 2014

_____
United States District Judge, Hon. Paul G. Gardephe