| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: September 19, 2014 |
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,<br><br>                      Plaintiff,<br><br>   - against -<br><br>MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                      Defendants. | **ORDER**<br><br>09 Civ. 4077 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Clerk of the Court is directed to terminate the parties' joint letter motion requesting an adjustment of the current scheduling order (Dkt. No. 166) as moot. The parties' request was addressed in this Court's February 28, 2014 order (Dkt. No. 167).

Dated: New York, New York
       September 19, 2014

SO ORDERED.

*Paul G. Gardephe* (signature)
Paul G. Gardephe
United States District Judge