| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: September 19, 2014 |

LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,

        Plaintiff,

- against -

MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,

        Defendants.

**ORDER**

09 Civ. 4077 (PGG)

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

        Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY, MTA CAPITAL CONSTRUCTION COMPANY, NEW YORK CITY TRANSIT AUTHORITY, and LOCKHEED MARTIN CORPORATION,

        Defendants.

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in these matters is scheduled to begin at **9:00 a.m.** on **October 6, 2014** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is hereby ORDERED that Lockheed and the MTA shall each have fifty-five (55) hours for the examination of witnesses.

Dated: New York, New York
      September 19, 2014

SO ORDERED.

_Paul Gardephe_
Paul G. Gardephe
United States District Judge