```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LOCKHEED MARTIN TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF LOCKHEED
MARTIN CORPORATION,                                              No. 09 CV 4077 (PGG)(GWG)

                        Plaintiff,

                      -against-                              ECF CASE

MTA CAPITAL CONSTRUCTION COMPANY and
METROPOLITAN TRANSPORTATION AUTHORITY,

                      Defendants.
-------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, FEDERAL INSURANCE COMPANY,                           No. 09 CV 6033 (PGG)(GWG)
and SAFECO INSURANCE COMPANY OF AMERICA,

                      Plaintiffs,                             **ORDER**

                      -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and LOCKHEED
MARTIN CORPORATION,

                      Defendants.
-------------------------------------------------------------x

## ORDER PERMITTING LOCKHEED MARTIN'S AGENTS, MAGNA LEGAL SERVICES AND DYLAN GREEN, TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE TO PRESENT EXHIBITS AND TESTIMONY DURING TRIAL

       IT IS HEREBY ORDERED that agents of Plaintiff Lockheed Martin Transportation Security Solutions, an Operating Unit of Lockheed Martin Corporation ("Lockheed Martin"), Magna Legal Services and Dylan Green ("Lockheed Martin's Agents"), are authorized to bring into the Courthouse each day from October 6, 2014 through the end of trial two (2) General Purpose Computing Devices (i.e., laptops); and

       IT IS FURTHER ORDERED that Lockheed Martin's Agents are authorized to bring into the Courthouse on or before October 6, 2014 and maintain in Courtroom 705 for the duration of

trial the following: one (1) LCD monitor, a VGA switching device, a set of speakers, one tech table, and a box of necessary cables and tape. This request is being made for the purpose of Lockheed Martin's electronic presentation of exhibits and testimony throughout the trial.

Dated: September 11, 2014

_____
United States District Judge, Hon. Paul G. Gardephe