UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED: September 25, 2014       │
└─────────────────────────────────────┘
```

LOCKHEED MARTIN
TRANSPORTATION SECURITY
SOLUTIONS, AN OPERATING UNIT OF
LOCKHEED MARTIN CORPORATION,

                Plaintiff,

    - against -

MTA CAPITAL CONSTRUCTION
COMPANY and METROPOLITAN
TRANSPORTATION AUTHORITY,

                Defendants.

**ORDER**

09 Civ. 4077 (PGG)

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL
INSURANCE COMPANY, and SAFECO
INSURANCE COMPANY OF AMERICA,

                Plaintiffs,

    - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and
LOCKHEED MARTIN CORPORATION,

                Defendants.

09 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The MTA is hereby ORDERED to provide this Court with a list and order

of witnesses it intends to call during the first week of trial, scheduled to commence on

October 6, 2014, by **Wednesday, October 1, 2014.**

Dated: New York, New York
       September 25, 2014

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge