DUANE MORRIS LLP
Seth Kugler (SK 4308)
1540 Broadway
New York, NY  10036-4086
(212) 471-1846
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOCKHEED MARTIN TRANSPORTATION
SECURITIES SOLUTIONS, AN OPERATING
UNIT OF LOCKHEED MARTIN CORPORATION,

                            Plaintiff,                  **NOTICE OF APPEARANCE**

      -against-                                  No. 09 CV 4077 (PGG)(GWG)

MTA CAPITAL CONSTRUCTION COMPANY        ECF Case
and METROPOLITAN TRANSPORTATION
AUTHORITY,

                            Defendants.
-----------------------------------------------------------------x
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL INSURANCE
COMPANY, and SAFECO INSURANCE COMPANY
OF AMERICA,

                            Plaintiffs,

     -against-

METROPOLITAN TRANSPORTATION AUTHORITY,   No. 09 CV 6033 (PGG)(GWG)
MTA CAPITAL CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and LOCKHEED
MARTIN CORPORATION,

                            Defendants.
-----------------------------------------------------------------x

     SETH KUGLER hereby enters his appearance as counsel for Plaintiff Lockheed Martin

Transportation Security Solutions, an operating unit of Lockheed Martin Corporation.

DM1\5047209.1

2

| | |
|---|---|
| Dates: New York, New York<br>September 25, 2014 | **DUANE MORRIS LLP**<br>Attorneys for Plaintiff<br>Lockheed Martin Transportation<br>Securities Solutions, an Operating<br>Unit of Lockheed Martin<br>Corporation<br><br>By: /s/ Seth Kugler<br>Seth Kugler (SK 4308)<br>1540 Broadway<br>New York, NY  10036-4086<br>skkugler@duanemorris.com<br>(212) 471-1889 |

2