

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

October 1, 2014

**By ECF**

Hon. Paul G. Gardephe  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan Transp. Auth., 09-CV-6033 (PGG) (GWG)

Dear Judge Gardephe:

We write as counsel for the MTA in this action concerning evidentiary objections to exhibits.

As trial is imminent, we write to advise the court that Defendants are now withdrawing objections previously interposed to a large number of Lockheed Martin exhibits, including documents that are essentially Project records and internal MTA communications. An exhibit list to show the withdrawn objections, highlighted in yellow, is attached, along with a clean copy of the revised exhibit list. We respectfully preserve objections to exhibits that are the subject to Defendants' in limine motions even if such exhibits are otherwise included in the list of documents to which are withdrawing our objections.

Respectfully,

Ira J. Lipton

Encls.

cc: Michael Chartan, Esq. (by email)  
Adam Friedman, Esq. (by email)