

October 2, 2014

**By ECF**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan Transp. Auth., 09-CV-6033 (PGG) (GWG)

Dear Judge Gardephe:

We represent the defendants in the above action. The spreadsheet we filed yesterday accompanying our letter regarding our withdrawal of certain objections to plaintiff's exhibits contained a typographical error in which the objections were removed but it was not indicated on the spreadsheet that we no longer object to these exhibits. Please find enclosed a revised spreadsheet correcting this error. We apologize for the inconvenience.

Respectfully submitted,

Ira J. Lipton

Encls.

cc: Michael Chartan, Esq. (by email)
Adam Friedman, Esq. (by email)