Gardephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN THE MATTER OF AN APPLICATION TO
BRING ELECTRONIC DEVICES INTO THE
THURGOOD MARSHALL UNITED STATES : ORDER NO. _____
COURTHOUSE FOR USE IN A TRIAL,

I hereby authorize the following attorneys to bring the General Purpose Computing Device(s) and Personal Electronic Device(s) listed below into the Courthouse for use at trial in the action entitled *Lockheed Martin Transportation Security Solutions, an Operating Unit of Lockheed Martin Corporation, v. MTA Capital Construction Company and Metropolitan Transportation Authority*, No. 09-CV-4077 (PGG) (GWG), which began on October 6, 2014 and is anticipated to conclude by November 7, 2014.

| Attorney | Devices |
| --- | --- |
| Seth Kugler, Esq., admitted 9/2014 | General Purpose Computing Device(s) (i.e., laptop or tablet), Personal Electronic Device |

The attorney identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-48, as Revised.

SO ORDERED

Dated: October 9, 2014

United States District Judge, Hon. Paul G. Gardephe