UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LOCKHEED MARTIN TRANSPORTATION
SECURITY SOLUTIONS, AN OPERATING UNIT OF
LOCKHEED MARTIN CORPORATION,                     No.: 09 CV 4077 (PGG) (GWG)

                  Plaintiff,

   - against -                                                      **NOTICE OF APPEARANCE**

MTA CAPITAL CONSTRUCTION COMPANY and
METROPOLITAN TRANSPORTATION AUTHORITY,

                  Defendants.
------------------------------------------------------------------------X
TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, FEDERAL INSURANCE COMPANY,
and SAFECO INSURANCE COMPANY OF AMERICA,        No. 09 CV 6033 (PGG) (GWG)

                  Plaintiffs,

   - against -

METROPOLITAN TRANSPORTATION AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY, NEW
YORK CITY TRANSIT AUTHORITY, and
LOCKHEED MARTIN CORPORATION,

                  Defendants.
------------------------------------------------------------------------X

      TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE THAT Brian Kantar of the law firm of Wolff & Samson PC hereby appears as co-counsel of record for Travelers Casualty Company of America, Federal Insurance Company, and Safeco Insurance Company of America in the above captioned consolidated actions.

Dated: October 10, 2014

          **WOLFF & SAMSON PC**
          Attorneys for Plaintiffs
          *Travelers Casualty & Surety Company of America, Federal Insurance Company, and Safeco Insurance Company of America*

          By: /s Brian Kantar
                Brian Kantar

          140 Broadway, 46th Floor
          New York, New York 10005
          (212) 973-0572