| | | |
|---|---|---|
| NEW YORK | **DuaneMorris®** | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | MICHAEL CHARTAN | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1016 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 253 4271 | LAKE TAHOE |
| BOSTON | E-MAIL: mchartan@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | www.duanemorris.com | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

October 10, 2014

**VIA ECF AND FACSIMILE**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2204
New York, New York 10007-1312

          Re:    **Lockheed Martin Corporation, et al. v. MTA, et al.
                     Nos. 09 CV 4077 and 09 CV 6033(PGG) (GWG)**

Dear Judge Gardephe:

      Counsel for Lockheed Martin and MTA have conferred and agreed on the following schedule for the week of October 14th:

1. October 14th,- Gaughan, Krampf;

2. October 15th- Williamson, Horn;

3. October 16th- Davies, Hughes; and

4. October 17th- Musgrave, Porter.

Lockheed Martin will also have expert Peterson (scheduling) available on October 17th if time remains to start his testimony.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                       PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DM1\5078625.1

Honorable Paul G. Gardephe
October 10, 2014
Page 2

        Thank you for your continuing attention to this trial.

        Respectfully,

        *Michael Chartan*

        Michael Chartan (MC 4609)

MC:ag
cc:    Ira J. Lipton, Esq.,
       Adam P. Friedman, Esq.,

DM1\5078625.1