UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO BRING ELECTRONIC DEVICES INTO THE THURGOOD MARSHALL UNITED STATES COURTHOUSE FOR USE IN A TRIAL, | : : : : : : : |

ORDER NO. _____

---

I hereby authorize the following attorneys to bring the General Purpose Computing Device(s) and Personal Electronic Device(s) listed below into the Courthouse for use at trial in the action entitled *Lockheed Martin Transportation Security Solutions, an Operating Unit of Lockheed Martin Corporation, v. MTA Capital Construction Company and Metropolitan Transportation Authority, No. 09-CV-4077 (PGG) (GWG)*, which began on October 6, 2014 and is anticipated to conclude by November 7, 2014.

| Attorney (Bar Number) | Devices |
|---|---|
| Adam P. Friedman, Esq. (AF5700) | General Purpose Computing Device(s) (i.e., laptop or tablet), Personal Electronic Device |
| Brian Kantar, Esq. (BK7230) | General Purpose Computing Device(s) (i.e., laptop or tablet), Personal Electronic Device |

The attorney identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-48, as Revised.

SO ORDERED
Dated: October 30, 2014

_____
United States District Judge, Hon. Paul G. Gardephe