NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

**DuaneMorris®**

*FIRM and AFFILIATE OFFICES*

MICHAEL CHARTAN
DIRECT DIAL: +1 212 692 1016
E-MAIL: mlchartan@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

November 20, 2014

VIA ECF AND FACSIMILE

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 204
New York, NY 10007-1312

Re: **Lockheed Martin Corporation, et al. v. MTA et al.**
**Nos. 09 CV 4077 and 09 CV 6033 (PGG)(GWG)**

Dear Judge Gardephe:

Our firm is counsel to Lockheed Martin and the Surety Plaintiffs in this action. We respectfully submit this joint letter and the attached stipulation concerning certain trial exhibits and deposition designations the parties have agreed to move into evidence. The stipulation does not include the exhibits. A complete copy of the stipulation with exhibits will be provided to Your Honor on Friday.

This stipulation reduces the number of deposiiton designations and exhibits from the one discussed in Court on November 14, 2014.

We look forward to answering any questions Your Honor may have about this stipulation.

Respectfully,

*Michael Chartan*

Michael Chartan (MC4609)

DUANE MORRIS LLP
1540 BROADWAY    NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020

Honorable Paul G. Gardephe
November 20, 2014
Page 2

CC. Edwin Fragoso, Esq and Adam Friedman, Esq. via E-mail