

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

December 6, 2014

**By ECF**

Hon. Paul G. Gardephe  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Lockheed Martin Corporation v. MTA Capital Construction Co. and Metropolitan Transp. Auth., 09-CV-4077 (PGG) (GWG)

Dear Judge Gardephe:

    We represent Defendants MTA and MTACC in the above-referenced actions. MTA mistakenly filed an early draft of our Reply Proposed Findings of Fact. We have corrected the record with an Amended Reply Proposed Findings of Fact. We apologize for any inconvenience.

    Thank you for your attention to this matter.

Respectfully submitted,

Ira J. Lipton

cc: Michael Chartan, Esq. (by email)  
    Adam Friedman, Esq. (by email)

Encl.