| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/10/15 |
| LOCKHEED MARTIN TRANSPORTATION SECURITY SOLUTIONS, AN OPERATING UNIT OF LOCKHEED MARTIN CORPORATION,<br><br>                          Plaintiff,<br><br>           - against -<br><br>MTA CAPITAL CONSTRUCTION COMPANY and METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>                          Defendants. | **ORDER**<br><br>09 Civ. 4077 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The Court having ruled on the parties' motions in limine in open court on October 6, 2014, the Clerk of the Court is directed to terminate the motions (Dkt. Nos. 290, 292, 294, 296, 298).

Dated: New York, New York
       February 10, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge